On remand from Oregon Supreme Court September 29, 1978, argued
September 27, 1977, affirmed November 6, reconsideration denied
December 5, 1978, petition for review allowed January 16, 1979

## DIZICK, *Appellant,*
## *v.*
## UMPQUA COMMUNITY COLLEGE, *Respondent.*
### (No. 75-273, CA 7429)
585 P2d 1148

Robert M. Stults, Judge Pro Tempore.

Dean Heiling, Roseburg, argued the cause for appellant. With him on the briefs was Heiling & McIntosh, Roseburg.

Eldon F. Caley, Roseburg, argued the cause for respondent. With him on the brief was Long, Neuner, Dole, Caley & Kolberg, Roseburg.

Before Schwab, Chief Judge, Johnson and Roberts, Judges.

JOHNSON, J.

**JOHNSON, J.**

This case was remanded to this court by the Supreme Court for reconsideration. In light of the decision in *McBride v. Magnuson,* 282 Or 433, 578 P2d 1259 (1978), we conclude that the majority and concurring opinions reported in *Dizick v. Umpqua Community College,* 33 Or App 559, 577 P2d 534 (1978), are not inconsistent with *McBride.* We adhere to our original decision.

Affirmed.

**ROBERTS, J.,** dissent.

I dissent for the reasons stated in my dissenting opinion in *Dizick v. Umpqua Community College,* 33 Or App 559, 570, 577 P2d 534, 539 (1978).